BENJAMIN L. HERMAN, Appellant, *v.* WALTER S. ROBERTS, Respondent.

*Herman* v. *Roberts*, 180 App. Div. 890, affirmed.
(Argued January 27, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1917, affirming a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and direct-

ing a dismissal of the complaint. The action was brought by plaintiff as assignee to recover for certain machinery sold and delivered; for certain work, labor and services rendered, and for certain moneys disbursed for the account of defendant as undisclosed principal. Defendant contended that plaintiff incurred the indebtedness himself, in his own name, after attempting to negotiate for a corporation in which he and the defendant were jointly interested and that the credit was extended to him alone, the defendant never having appeared in the transaction.

*Michael Potter* and *Edward Potter* for appellant.

*Frank M. Roosa* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.